**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVION HARRISON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, Warden,[1]<br><br>　　　　　Respondent. | Case No. CV 23-6341 JGB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

---

[1] Christian Pfeiffer, Warden at Kern Valley State Prison, where Petitioner is currently incarcerated, is substituted for the Respondent named in the Petition. *See* Fed. R. Civ. P. 25 (d).

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2   Judgment herein on Petitioner at his current address of record and on counsel for
3   Respondent.

5   LET JUDGMENT BE ENTERED ACCORDINGLY.

7   DATED:  December 26, 2024

*(signature)*

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2