# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVION HARRISON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, Warden,[1]<br><br>　　　　　Respondent. | Case No. CV 23-6341 JGB (PVC)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:　December 26, 2024

　　　　　　　　　　　　　　　　　　/s/ Jesus G. Bernal
　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Christian Pfeiffer, Warden at Kern Valley State Prison, where Petitioner is incarcerated, is substituted for the Respondent named in the Petition. *See* Fed. R. Civ. P. 25 (d).